ROBERT DELBENE et al., Respondents, v NATE ESTES et al., Appellants.

Submitted August 18, 2008; decided October 21, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JUDITH L. HANCOCK, Respondent, v ARTS4ALL, LTD., Also Known as A4A MOBILE, LTD., Appellant.

Submitted August 4, 2008; decided October 21, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ANGELO IANNONE, Appellant, v ING FINANCIAL SERVICES, LLC, et al., Respondents.

Submitted August 25, 2008; decided October 21, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. The doctrine of implied severance is not applicable (*see Burke v Crosson,* 85 NY2d 10, 16-17 [1995]).

Chief Judge KAYE taking no part.